IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION,
WELFARE AND ANNUITY FUNDS,**

    **Plaintiffs,**

vs.                                                       Case Number: 11-79-DRH

**MILLER CONTRACTING, INC., and,
JIMMIE MILLER, individually,**

    **Defendants.**

## **DEFAULT JUDGMENT and ORDER**

The Court **GRANTS** plaintiff's Motion for Default Judgment, and IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover from the defendants, **Miller Contracting, Inc.,** and **Jimmie Miller**, individually, the sum of twenty one thousand seven hundred ninety-nine dollars and eighty-five cents ($21,799.85) for delinquent contributions known to be owed by defendants to plaintiff.

2. That plaintiffs recover from defendants, **Miller Contracting, Inc.**, and **Jimmie Miller**, individually, the costs of these proceedings to include the sum of one thousand four hundred fifty-nine dollars ($1,459.00) for the plaintiffs' just and reasonable attorneys' fees, costs and expenses.

3. Judgment is hereby entered against the defendants, **Miller Contracting, Inc.**, and **Jimmie Miller,** individually, in the amount of twenty three thousand two hundred fifty-eight dollars and eighty-five cents ($23,258.85).

4. That plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

5. That the Court hereby retains jurisdiction of this cause and all the parties hereto for the purpose of enforcing this Order.

**DATED: October 3, 2011**

Digitally signed by David R. Herndon
Date: 2011.10.03 15:33:05 -05'00'

**Chief Judge
United States District Court**