IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,** ) ) ) Plaintiffs, ) ) vs. ) ) **MILLER CONTRACTING, INC.,** and, ) **JIMMIE MILLER,** individually, ) ) Defendants. ) | Case Number: 11-79-DRH |

<u>**THIRD PARTY CITATION TO DISCOVER ASSETS**</u>

    TO:    Tarter Construction
              1021 Ekstam Dr., Suite 1
              Bloomington, IL 61704

YOU ARE REQUIRED to appear for examination before the United States District Court, Honorable Donald G. Wilkerson, United States District Courthouse, 750 Missouri Ave., East St. Louis, Illinois, on **Thursday, October 22, 2015 at 2:30 p.m.**

On October 3, 2011, Default Judgment was entered in favor of the plaintiffs, and against the defendants. The Default Judgment was entered in the amount twenty-three thousand two hundred fifty-eight dollars and eighty-five cents ($23,258.85) plus attorneys fees, costs, and additional interest, and all remains unsatisfied as shown on the attached supporting Affidavit of the attorney for the plaintiff.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired

by or become due to the judgment debtor until further order of the court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the balance due.

You may be requested to produce documents and/or records containing information concerning the property or income of the judgment debtor.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

<u>CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR</u>

Judgment Amount   $23,258.85           Balance Due   $18,508.85
Date of Judgment:   October 3, 2011
Name of Court Entering Judgment: United States District Court
Case No.: 11-79-DRH

The undersigned certifies, under penalties provided by law pursuant to 735 ILCS 5/1-109 that the information contained herein is true and correct.

By:   *Patrick R. Foley*
Patrick R. Foley
#06277005

Attorney/ Judgment Creditor
Foley & Kelly, LLC
107 W. Main St.
Suite 4
Belleville, IL 62220
(618) 234-7977
Fax: (618) 235-4185

*Julie Payton*
Deputy Clerk

DATE: Sept. 17, 2015

(SEAL)

